IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-422-AP**

**ANGELA D. SANTISTEVAN,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Devon A. McFarland,  #20691
    116 S. Walnut Street
    Trinidad, Colorado  81082
    (719) 846-4480
    (719) 846-2392 FAX
    devonmcf@rmi.net

    For Defendant:
    Laura Ridgell-Boltz
    Special Assistant United States Attorney

    *Mailing Address:*
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    Telephone:  (303) 844-1571

    *Street Address:*
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0404 (facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:**  March 1, 2007

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**  March 2, 2007

    C.    **Date Answer Was Filed**:  May 4, 2007

    D.    **Date Administrative Record Was Filed:**  May 7, 2007

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

    There is no additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    This case raises no unusual claims or defenses.

**7. OTHER MATTERS**

    None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**   Monday, July 2, 2007

    B.    **Defendant's  Response Brief Due:**  Wednesday, August 1, 2007

    C.    **Plaintiff's  Reply Brief (If Any) Due:**  Thursday, August 16, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    The record is complete and the issues clear; therefore, the parties leave it to the court's discretion as to oral argument.

3

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.** **( X ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 4th day of June, 2007.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/ Devon A. McFarland
Devon A. McFarland, #20691
116 S. Walnut Street
Trinidad, Colorado  81082
Telephone:  (719) 846-4480
devonmcf@rmi.net

Attorney for Plaintiff

s/ Laura Ridgell-Boltz
By:  Laura Ridgell-Boltz
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001 A
Denver, Colorado  80294
Laura.ridgell-boltz@ssa.gov

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorneys for Defendant