IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00422-AP

ANGELA D. SANTISTEVAN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

**ORDER OF REMAND**

---

Defendant's Unopposed Motion to Remand (doc. #22), filed October 1, 2007, is GRANTED. Upon remand the Appeals Council shall remand the matter to an administrative law judge (ALJ) for a *de novo* hearing and to issue a new decision regarding Plaintiff's eligibility for benefits. The ALJ will be instructed to evaluate the severity of Plaintiff's depression; to address all significant opinion evidence, including Dr. Carlisle's June 2, 2006 letter; to obtain evidence from a medical expert to assist in determining the nature and severity of Plaintiff's condition; to reassess Plaintiff's residual functional capacity and to support findings regarding Plaintiff's residual functional capacity with references to evidence of record; and to reassess Plaintiff's credibility in accordance with Social Security Ruling 96-7p.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further administrative proceedings, this Court hereby

REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND of the cause to the Commissioner for further administrative proceedings as set out above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated at Denver, Colorado this 2nd day of October, 2007.

BY THE COURT:

*s/John L. Kane*
Judge John L. Kane
United States District Court Judge