IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-00422-AP**

**ANGELA D. SANTISTEVAN,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

    Defendant.

## ORDER

Kane, J.

The Unopposed Motion for Award of Attorney Fees pursuant to the Equal Access to Justice Act, (doc. #25), filed October 11, 2007, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant shall pay to Plaintiff, through counsel Devon A. McFarland, c/o 116 S. Walnut Street, Trinidad, Colorado 81082, reasonable attorney fees in the amount of **$5,316.93**.

Dated at Denver, Colorado, this 15th day of October, 2007.

                            BY THE COURT:

                            *S/John L. Kane*
                            JOHN L. KANE, SENIOR JUDGE
                            UNITED STATES DISTRICT COURT